# NO. 61963

| | | |
|---|---|---|
| The State of Texas | § | IN THE COUNTY COURT |
| Plaintiff, | § | FILED IN<br>6th COURT OF APPEALS<br>TEXARKANA, TEXAS |
| | § | |
| v. | § | 1/16/2015 4:29:41 PM |
| | § | |
| | § | DEBBIE AUTREY<br>Clerk |
| Larry Joe McNeal, | § | |
| Defendant. | § | OF LAMAR COUNTY, TEXAS |

## DEFENDANT'S NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant Larry Joe McNeal, by and through his/her attorney of record, hereby gives his Notice of Appeal to the Sixth Court of Appeals of Texas from the judgment rendered against the defendant in the above-captioned and numbered cause.

Further, the defendant shows that he is indigent and requests that counsel be appointed to represent and assist him in this appeal.

Respectfully submitted,

Jerry L. Coyle
Texas State Bar No. 04966700

COYLE LAW FIRM
117 1st Street S.E.
Paris, Texas 75460
(903) 732-0030 Telephone
(214) 722-1373 Fax

Trial attorney for the defendant, Larry Joe McNeal

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this instrument has been forwarded by hand-delivery, Fax and/or United States First Class mail to the Lamar County Attorney on January 8, 2015.

DEFENDANT'S NOTICE OF APPEAL

PAGE 1 OF 1

IN THE COUNTY COURT ~~AT LAW~~
LAMAR COUNTY, TEXAS

STATE OF TEXAS      )(
          )(
   VS        )(      NO. __61963___
          )(
_LARRY JOE MCNEAL    )(

## TRIAL COURT'S CERTIFICATION OF
## DEFENDANT'S RIGHT OF APPEAL

I, Judge of the trial court, certify this criminal case:

__✓__ is not a plea-bargain case, and the defendant has the right to appeal, (or)

_____ is a plea-bargain case but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal, (or)

_____ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right to appeal, (or)

_____ is a plea-bargain case, and the defendant has NO right of appeal, (or)

_____ the defendant has waived the right of appeal.

Signed this the 16 day of JANUARY 2015

_____
Judge Presiding

I have received a copy of this certification.

_____
Defendant's Counsel
Bar #: __04966700__
Mailing Address
PO Box 1138
Paris, TX 75461

_____
Defendant (if not represented by
by counsel)
Mailing Address

_____

2